PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

OCT 13 2006

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Gregory Washington**

**Docket No. 0:02CR00268-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Joi C. Kvern**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Gregory Washington** who was sentenced for Embezzlement on April 22, 2003, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Financial disclosure, no new credit, no employment with fiduciary responsibilities, and pay $48,599.22 restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On July 12, 2005, Gregory Washington was arrested by the U.S. Postal Inspection Service and charged in Hennepin County District Court in Minneapolis, Minnesota, on July 14, 2005, with two counts of Felony Financial Transaction Card Fraud. On August 21, 2006, Mr. Washington was sentenced on Count 1 to 17 months at the Department of Corrections, stayed for 3 years, and ordered to serve 120 days of home confinement with electronic monitoring and pay $500 restitution. Count 2 was dismissed.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 13 day of October, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joi C. Kvern
U.S. Probation Officer

Executed on October 6, 2006
Place Minneapolis

SCANNED
OCT 16 2006
U.S. DISTRICT COURT MPLS

DG

- summons issued 10/16/06