**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:JEANNE GRAHAM |
| Plaintiff, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CR 02-268 JMR |
| | ) | Date: 10/27/06 |
| Gregory D. Washington, | ) | Court Reporter: N/A |
| | ) | Tape Number: 20/2842-3307 |
| Defendant. | ) | Time Commenced: 11:10 a.m. |
| | | Time Concluded: 11:15 a.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Tracy Braun, Assistant U.S. Attorney

Defendant: Andrew Mohring √ To be appointed

Interpreter / Language: N/A // ENGLISH

**Date Charges Filed**: 10/13/06 **Offense**: Violation of Supervised Release

☐ Charges read into record √ Waived Reading of Charges √ Advised of Rights

**on** Violation of √ Supervised Release

Additional Information:

Defendant released on previously imposed conditions. Final revocation hearing date is Thursday, November 9, 2006 at 9:30 a.m. before Chief Judge Rosenbaum.

s/AR

Signature of Criminal Duty Clerk