**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Gregory D. Washington,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 02-268 JMR |
| Date: | November 9, 2006 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 9:51 a.m. |
| Time Concluded: | 10:06 a.m. |
| Time in Court: | 15 Minutes |

## APPEARANCES:

Plaintiff: Tracy Braun, Assistant U.S. Attorney
Defendant: Manny Atwal : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Supervised Release continued and extended 4 months upon completion of term of custody.
: Defendant is sentenced to: 4 months custody on weekends.
: Written order to be issued.

s/Heather Labat
Calendar Clerk