RECEIVED
DEC 20 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

USM

Released-time

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

Served 11/9/06

# United States District Court

**District of Minnesota**

2006 NOV 30 P 2:00
US MARSHALS SERVICE

UNITED STATES OF AMERICA
v.
**Gregory Washington**

**JUDGMENT IN A CRIMINAL CASE**
**(For Revocation** of Supervised Release**)**
Case Number: **02-CR-268(1) (JMR)**
USM Number: **10144-041**
Social Security Number: **5139**
Date of Birth: **1967**

**Manvir Kaur Atwal**
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of a mandatory condition of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition | New criminal conviction - fraud | July 12, 2005 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**November 9, 2006**
Date of Imposition of Judgment

s/ James M. Rosenbaum
Signature of Judge

**JAMES M. ROSENBAUM**, United States Chief District Judge
Name & Title of Judge

November 29, 2006
Date

A true printed copy in 4 sheet(s)
of the electronic record filed on 11/30/06
in the United States District Court
for the District of Minnesota.
CERTIFIED, 11/30, 2006.
RICHARD D. SLETTEN
BY: Jacqie Ellingson
Deputy Clerk



SCANNED
DEC 22 2006
U.S. DISTRICT COURT ST. PAUL

DEFENDANT: GREGORY WASHINGTON
CASE NUMBER: 02CR268(1)(JMR)

# IMPRISONMENT

The defendant is hereby ordered to **time served**.

[] The court makes the following recommendations to the Bureau of Prisons:

[] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on______________________ to ______________________________

at ___________________________, with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal

DEFENDANT: GREGORY WASHINGTON
CASE NUMBER: 02CR268(1)(JMR)

# SUPERVISED RELEASE

The defendant's supervised release is reimposed and is extended for an additional term of **4 months from his original expiration date of March 18, 2007.**

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

[] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[] The defendant shall participate in an approved rehabilitation program for domestic violence. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: GREGORY WASHINGTON
CASE NUMBER: 02CR268(1)(JMR)

# SPECIAL CONDITIONS OF SUPERVISION

a The defendant shall not commit any crimes, federal, state, or local.

b The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d The defendant shall submit to mandatory drug testing and participate in substance abuse treatment and aftercare as directed by the probation office. This program may include testing and inpatient or outpatient treatment, counseling, or a support group.

e The defendant shall provide the probation officer access to any requested financial information, including credit reports, credit card bills, bank statements, and telephone bills.

f The defendant shall be prohibited from incurring new credit card charges or opening additional lines of credit without approval of the probation officer.

g The defendant shall not hold employment with financial or fiduciary responsibilities without prior approval from the probation officer.

h The defendant shall maintain his current employment and notify his probation officer within one hour if his employment is terminated.

i The defendant shall make restitution payments according to his original restitution payment schedule.

j The defendant is hereby ordered to reside in a community corrections center to serve consecutive weekends in jail for four months beginning 6:00 p.m. Friday and ending 6:00 p.m. Sunday. The defendant shall voluntarily surrender to the facility designated by the Bureau of Prisons for service of said sentence.