RECEIVED

NOV 19 2007

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-268 JMR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GREGORY WASHINGTON,<br>Defendant,<br>and<br>EAGLE EMPLOYMENT,<br>Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Gregory Washington, Social Security Number, XXX-XX-5139, with the last known address of XXXXXX, Minneapolis, MN 55412.

The judgment was entered on April 22, 2003, for monetary impositions. The judgment was entered in the amount of $48,699.22. As of November 14, 2007, after applying payments, if any, the balance on this judgment debt was $47,619.22 in principal.

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

SCANNED
NOV 26 2007
U.S. DISTRICT COURT MPLS

11-26-07
JMR Writ Issued

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Eagle Employment, 1113 East Franklin Avenue, #200
Minneapolis, MN 55404

Dated: November 16, 2007

RACHEL K. PAULOSE
United States Attorney

Roylene A. Champeaux

BY: ROYLENE A. CHAMPEAUX
Assistant United States Attorney
Attorney ID No. 154805
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600