UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-268 JMR

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GREGORY WASHINGTON,<br>Defendant,<br><br>EAGLE EMPLOYMENT,<br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about December 21, 2007.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about April 17, 2008. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about December 21, 2007, the defendant was personally served with notice of the right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 25% of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Clerk of Court" weekly in care of the Clerk of Court, 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter is paid in full; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff weekly, as they become due and owing.

Dated: May 13, 2008

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States District Judge